UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

JODY G. VAN LAANEN,

       Plaintiff,　　　　　　　　　　　　　Case No. 16-CV-00757

v.

CORNERSTONE MORTGAGE, LLC,
UNDERWRITERS AT LLOYD'S LONDON,
ADENIRAN JOSE, PELEBE HOMES, LLC
and JOHN DOE.

       Defendants.

## ORDER FOR DISMISSAL OF DEFENDANTS CORNERSTONE MORTGAGE, LLC AND UNDERWRITERS AT LLOYD'S LONDON

Based upon the stipulation between Plaintiff Jody G. Van Laanen ("Van Laanen"), Defendant Cornerstone Mortgage, LLC ("Cornerstone") and Defendant Underwriters at Lloyd's London ("Underwriters");

IT IS HEREBY ORDERED that all of Van Laanen's claims against Cornerstone and Underwriters in the above-captioned action are hereby dismissed on the merits, with prejudice and without costs to any party.

IT IS FURTHER ORDERED that this Order does not impact Van Laanen's claims against co-Defendants Adenieran Jose, Pelebe Homes, LLC, and John Doe.

Dated this 10th day of March, 2017

       s/William C. Griesbach
       William C. Griesbach, Chief Judge
       United States District Court