UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

JODY G. VAN LAANEN,

       Plaintiff,

v.

       Case No. 16-CV-00757

ADENIRAN JOSE, et al.

       Defendants.

## ORDER FOR DEFAULT JUDGMENT

The above-captioned case was filed on June 20, 2016. A final pretrial conference was scheduled for January 4, 2018, with a four-day jury trial scheduled to begin on January 22, 2018. As of the date of this Order, the Defendant Adeniran Jose has failed to timely file a pretrial report as required and failed to timely appear as required for the final pretrial conference. **IT IS THEREFORE ADJUDGED AND ORDERED**:

Default judgment is hereby granted in favor of the Plaintiff, Jody VanLaanen, against the Defendants Adeniran Jose and Defendant Pelebe Homes, LLC in the amount of $162,921.00, pursuant to Wis. Stat. § 895.446.

Dated this 4th day of January, 2018.

BY THE COURT:

s/William C. Griesbach
William C. Griesbach
United States District Judge